IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40897
(Summary Calendar)
_____


LARRY D. BONEY,

                                        Plaintiff-Appellant,

                        versus

JAMES A. COLLINS, WAYNE SCOTT,
LESLIE WOODS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. CA-C-95-28)
- - - - - - - - - -
April 2, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM [*]

     Larry D. Boney appeals the dismissal of his civil rights suit as frivolous.  Boney argues that he has been subject to numerous lockdowns without cause and in violation of a previous remedial court order.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the

---

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court.  See Boney v. Collins, No. CA-C-95-28 (S.D. Tex. Oct. 12, 1995).

AFFIRMED.